UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROBERT B. WHEELER, SR., | ) | 3:06-CV-0717-RAM |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | September 27, 2007 |
| | ) | |
| BRENT COSS and CITY OF RENO, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Jeffrey A. Dickerson, Esq. has filed an Application for Attorney's Fees (Doc. #41).

After giving it careful consideration, Mr. Dickerson's Application for Attorney's Fees (Doc. #41) is DENIED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:           /s/
         Deputy Clerk